**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000107
16-MAY-2025
09:24 AM
Dkt. 5 ODSD**

NO. CAAP-25-0000107

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RAYLANI F. LUPTON, Petitioner-Appellee, v.
KEITH D. KARDASH, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DSS-23-0000865)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On February 18, 2025, self-represented Respondent-Appellant Keith Kardash (**Kardash**) filed the notice of appeal;

(2) The record on appeal was due on or before April 21, 2025, see Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 11(b)(1), but was not filed because Kardash failed to pay the filing fees or obtain a fee waiver;

(3) On April 23, 2025, the appellate clerk entered a default of the record on appeal, informing Kardash that the time to docket the appeal had expired, Kardash had not paid the filing fees or obtained an order allowing Kardash to proceed on appeal *in forma pauperis*, the matter would be brought to the court's attention on May 5, 2025, for action that may include dismissal of the appeal, and Kardash could seek relief from default by motion; and

(4) Kardash has not taken any further action in this appeal. An appeal may be dismissed where the record on appeal has not been prepared because the appellant failed to pay the

required fees or obtain an order allowing the appellant to proceed *in forma pauperis*.  HRAP Rule 11(b)(2), (c)(2).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 16, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge